**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

CIVIL ACTION NO. 20-105-DLB-EBA

IOKEPA K. KIPI                              PLAINTIFF

v.                              **ORDER**

PATRICK HENDERSON, *et al*                              DEFENDANTS

*** *** *** ***

This matter is before the Court upon the January 17, 2024 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 45) wherein he recommends that Defendants' Motion for Summary Judgment, (Doc. # 38) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R"), (Doc. # 45), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2) Defendants' Motion for Summary Judgment, (Doc. # 38) is **granted**.

A separate **Judgment** shall be entered contemporaneously herewith.

This 13th day of February, 2024.



L:\DATA\ORDERS\Ashland Civil\2020\20-105 Order Adopting R&R.docx